IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE NELSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN, et al. | : | NO. 02-4776 |

**ORDER**

AND NOW, this _____ day of August, 2002, upon consideration of a letter request from plaintiff, attached hereto, it is **ORDERED** that plaintiff's "Motion to Preserve and Stay the 'Time Clock' on the 1-Day Remaining for Filing Habeas Review," is deemed **WITHDRAWN.**

_____
S.J.