IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JORGE NELSON | : | |
| v. | : | CIVIL ACTION NO. 02-4776 |
| DONALD T. VAUGHN, ET AL. | : | |
| | : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this         day of            ,        , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable CAROL SANDRA MOORE WELLS, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.

civrr