IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE NELSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN, et al | : | NO. 02-4776 |

## ORDER

AND NOW, this _____ day of March, 2003, it is hereby ORDERED that Petitioner's Motion For Appointment of Counsel is DENIED without prejudice.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE